**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**DENNIS R. PARKER**                                                                           **PLAINTIFF**

**v.**                                                 **CIVIL ACTION NO. 1:21-cv-048-TBM-JCG**

**C. R. BARD, INC.** *and*
**BARD PERIPHERAL VASCULAR, INC.**                                             **DEFENDANTS**

## FINAL JUDGMENT

A Joint Stipulation of Dismissal without Prejudice [17] having been entered in this matter, which is incorporated herein by reference, this Court hereby enters this Final Judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure.

IT IS THEREFORE ORDERED AND ADJUDGED, that the above styled and numbered cause is DISMISSED WITHOUT PREJUDICE, with each party to bear their own costs. This CASE is CLOSED.

SO ORDERED, this, the 29th day of June, 2021.

_____
TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE